IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
RICHARD MIMS,                )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      1:12cv887-MHT
                             )          (WO)
D. BOGAN,                    )
                             )
    Defendant.               )
```

### JUDGMENT

In accordance with the opinion and order entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that case is dismissed in its entirety with prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of July, 2015.

                                          /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE